TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00305-CV






In re Ahmed Crowley







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




 Ahmed Crowley has filed a petition for writ of mandamus. We deny the petition. 
See Tex. R. App. P. 52.8(a). Crowley's appeal in his divorce action remains pending as our cause
number 03-02-501-CV.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear


Filed: September 11, 2003